NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-213 C/W 03-214


PRESTON J. DORE, JR., AND SHIRLEY H. DORE

VERSUS

JOSEPH MARKS


**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, 93,043 C/W 94,483
HONORABLE WILLIAM D. HUNTER, DISTRICT JUDGE

**********

JIMMIE C. PETERS
JUDGE

**********

Court composed of Chief Judge Ned E. Doucet, Jr., Billie Colombaro Woodard and Jimmie C. Peters, Judges.

**AFFIRMED AS AMENDED.**

R. Scott Ramsey, Jr.
1915 Highway 182 East
Morgan City, LA 70380
(985) 395-9247
COUNSEL FOR PLAINTIFFS/APPELLANTS:
    Preston J. Dore, Jr.
    Shirley H. Dore

Anthony J. Fontana, Jr.
210 North Washington Street
Abbeville, LA  70510
(337) 898-8332

**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Earline Marie Boutte Marks**

**Timothy W. Basden**
**Breaud & Lemoine**
**P.O. Drawer 3448**
**Lafayette, LA  70502**
**(337) 266-2200**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Joseph Marks**

**Charles C. Garrison**
**Caffery, Oubre, Campbell & Garrison, L.L.P.**
**P. O. Drawer 12410**
**New Iberia, LA  70562-2410**
**(337) 364-1816**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Louisiana Farm Bureau Mutual Insurance Company**